IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS AT WICHITA

| | |
|---|---|
| In Re: ) <br> ) <br> Tonya Saum, and William Michial Edwards, Jr, *Debtor* ) <br> ) <br> The Bank of New York Trust Company, N.A. as ) <br> successor to JP Morgan Chase Bank N.A. as Trustee, ) <br> by GMAC Mortgage, LLC, loan servicing agent for ) <br> *Creditor* ) <br> ) <br> vs. ) <br> ) <br> Tonya Saum, and William Michial Edwards, Jr, *Debtor* | Case No. 11-12671-ren <br><br> Chapter: 13 |

### SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO STRIP OFF JUNIOR MORTGAGE LIEN OF GMAC MORTGAGE

COMES NOW, The Bank of New York Trust Company, N.A. as successor to JP Morgan Chase Bank N.A. as Trustee, by GMAC Mortgage, LLC, its successors or assigns, a secured creditor and objects to the Chapter 13 Plan and Motion to Strip Lien for the following reasons:

1. The secured creditor is the holder of a promissory note in the principal sum of $25,900.00, together with interest, secured by a lien on the real property of the Debtor located at 1526 S Reece Rd, Goddard, KS 67052.

2. The Debtor's plan is in violation of 11 U.S.C. §1325(a)(5)(B)(i) and (ii) in that the plan fails to provide that GMAC Mortgage, LLC retain the lien securing its claim and that the value as of the effective date of the plan of property that can be distributed under the plan on account of such claim is less than the allowed amount of such claim.

3. The Debtor's plan violates 11 U.S.C. §1322(b)(2) in that the plan attempts to modify the rights of a holder of a secured claim that is secured solely by real property that is the Debtor's principal residence by including the following language in paragraph titled Non-Standard Provisions for Paragraph 9 (b):

> The second mortgage of GMAC Mortgage will be treated as follows: Debtor's real estate has a fair market value of $93,000.00 leaving GMAC Mortgage with no equity on which to base a secured claim. Debtor will file a motion to strip the lien

of GMAC Mortgage on the unsecured balance of $24,575.00, to be paid along with other general unsecured creditors herein. Creditor shall retain its lien until the Court enters a discharge; or if the case is dismissed or converted without completion of the plan. Should the Court deny the Debtor's motion to strip the lien. Debtor will amend the plan to pay Creditor not less than the allowed amount of its claim, through the trustee, pursuant to Standing Order 09-2, and cure any arrearage through the trustee to be paid pro rata with other creditors over the life of the plan. The figures above are estimates and the Proofs of Claim filed by the primary and junior lien holders shall govern

4. Creditor will complete a cost evaluation to determine if there is equity in the property.

5. If Creditor determines that there is no equity in the property Creditor will agree to the entry of an order stripping the lien if, and only, if Creditor's lien is not stripped until the successful completion of the chapter 13 Plan and discharge.

6. Attorney fees of $350.00 for the filing of this objection may be assessed to the Debtor's account per the terms of the Mortgage/Deed of Trust.

**WHEREFORE**, having fully prayed, Creditor requests that confirmation of the proposed Chapter 13 plan be denied, and for such other and further relief as the Court deems proper.

SOUTH & ASSOCIATES, P.C.
 *s/ Ashley B. Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
ATTORNEYS FOR CREDITOR

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this September 15, 2011, with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

File No. 135120
Case No: 11-12671-ren

Tonya Saum
William Michial Edwards, Jr
1526 S Reece Rd
Goddard, KS  67052
**DEBTOR**

Michael J. Studtmann
6235 W. Kellogg Drive
Wichita, KS  67209-2331
**ATTORNEY FOR DEBTOR**

Laurie B. Williams
225 N. Market Street, Suite 310
Wichita, KS  67202
**TRUSTEE**

Office of the United States Trustee
301 North Main, Suite 1150
Wichita, KS  67202
**U.S. TRUSTEE**

SOUTH & ASSOCIATES, P.C.
  *s/ Ashley B. Osborn*
Steven L. Crouch, (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd., Suite 100
Overland Park, KS 66211
(913) 663-7600
(913) 663-7899 Fax
ksbkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 135120
Case No: 11-12671-ren